UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, a public land organization; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer Gallatin National Forest; et al., <br><br> Defendants - Appellees. | No. 22-35555 <br><br> D.C. No. 1:19-cv-00066-SPW <br> U.S. District Court for Montana, Billings <br><br> **MANDATE** |

The judgment of this Court, entered April 08, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT